IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
**FEB 23 2022**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 21-CR-30164-NJR |
| TYRONE ETHERIDGE, and<br>JENNIFER BRANSON, | ) Title 21<br>) United States Code<br>) Sections 841(a)(1) and 841(b)(1)(B)(viii)<br>) and (b)(1)(C); |
| Defendants. | ) Title 18<br>) United States Code<br>) Sections 922(g)(1), 371, and 1791. |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Possession With Intent to Distribute a Controlled Substance: Methamphetamine**

On or about October 13, 2021, in Marion County within the Southern District of Illinois,

**TYRONE ETHERIDGE and JENNIFER BRANSON,**

Defendants herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii).

1

## COUNT 2

### Possession With Intent to Distribute Controlled Substances:
### Heroin and Methamphetamine

On or about April 26, 2020, in Marion County within the Southern District of Illinois,

**TYRONE ETHERIDGE and JENNIFER BRANSON,**

Defendants herein, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 3
### Felon in Possession of a Firearm

From on or about April 26, 2020, in Marion County, within the Southern District of Illinois,

**TYRONE ETHERIDGE,**

defendant herein, did, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Unlawful Delivery of a Controlled Substance, in Marion County Circuit Court, in case number 16CF177, possessed firearms, being: one Smith and Wesson .380 pistol with serial number NDC3167, one Mossberg Model 715T .22 rifle, serial number SMG3848118, one Colt .32 caliber pistol, serial number 13642, one Ruger Mark 2 .22 caliber pistol, serial number 210-86177, said firearms having been shipped and transported in interstate commerce, in violation of Title 18 United States Code, Section 922(g)(1).

## COUNT 4
### Conspiracy to Possess Contraband in Prison

Beginning on or about November 15, 2021, and continuing thereafter until on or about

January 24, 2022, in Marion and Clinton County within the Southern District of Illinois,

**TYRONE ETHERIDGE and JENNIFER BRANSON,**

defendants herein, while TYRONE ETHERIDGE was a federal inmate detained at the Clinton County Jail, did conspire and agree with others, known and unknown to the Grand Jury, to knowingly and willfully possess a prohibited object, to wit: Suboxone, a narcotic drug. All in violation of Title 18, United States Code, Sections 371 and Title 18, United States Code, Section 1791(a)(2), (b)(3), and (c).

## FORFEITURE ALLEGATION

1. The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code, Section 924(d) and Title 28 United States Code, Section 2461(c).

2. Upon conviction of the above offenses in violation of Title 18 United States Code Section 922(g), the defendant,

**TYRONE ETHERIDGE,**

shall forfeit to the United States a firearm and any and all ammunition contained within the firearm including but not limited to the following:

>    one Smith and Wesson .380 pistol with serial number NDC3167,
>    one Mossberg Model 715T .22 rifle, serial number SMG3848118,
>    one Colt .32 caliber pistol, serial number 13642,
>    one Ruger Mark 2 .22 caliber pistol, serial number 210-86177

All pursuant to Title 18 United States Code, Section 924(d), and Title 28, United States Code Section 2461( c).

A TRUE BILL

███████████████████████

FOREPERSON

*[signature]*
JENNIFER HUDSON
Assistant United States Attorney

*[signature]* Digitally signed by
STEVEN WEINHOEFT
Date: 2022.02.21
18:37:08 -06'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond:
Tyrone Etheridge: Detention
Jennifer Branson: Detention

4